## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 25-60048-CR-DIMITROULEAS

IN RE: SEALED INDICTMENT

_____ /

### AMENDED SEALED ORDER

The United States of America, having applied to this Court for an amended order sealing the indictment, arrest warrants, certificate of trial attorney, penalty sheets, bond recommendations, the motion to seal, and this order, and the Court finding good cause:

IT IS HEREBY ORDERED that the indictment, arrest warrants, certificate of trial attorney, penalty sheets, bond recommendations, the amended motion to seal, and this order shall be filed under seal until the arrest of the defendants, who are located outside of the United States, or until further order of this Court, however, the United States Attorney's Office, others within the United States government as well as foreign officials, and law enforcement personnel, may obtain copies of any indictment, arrest warrant, or other sealed document for purposes of arrest and transportation to the United States, extradition, or any other necessary cause.

DONE AND ORDERED in chambers at Fort Lauderdale, Florida, this 17 day of March, 2025.

HONORABLE WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: James M. Ustynoski, AUSA